181 So. 772

## NATIONAL CREDIT CO. v. STATE.

### 6 Div. 336.

Supreme Court of Alabama.

June 2, 1938.

Foster, Rice & Foster, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., Matt H. Murphy, Sp. Asst. Atty. Gen., and Wm. H. Ellis and Frontis H. Moore, both of Birmingham, for the State.

KNIGHT, Justice.

This cause is affirmed upon the authority of State of Alabama v. National Credit Company, Ala.Sup., 181 So. 769,[1] appealed from the Circuit Court of Tuscaloosa County, and this day decided.

Affirmed.

ANDERSON, C. J., and THOMAS, and BROWN, JJ., concur.

